# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TRANSUNION,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01816-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Although two notices have issued from the Clerk's Office, Docket Nos. 5-6, Plaintiff has not filed a certificate of interested parties. Plaintiff is hereby **ORDERED** to file a certificate of interested parties by December 22, 2023. If there are no known interested parties other than those participating in this case, a statement to that effect will satisfy the governing rule. *See* Local Rule 7.1(b).

IT IS SO ORDERED.

Dated: December 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1