Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535
(702) 363-2534 Fax

*Counsel for Defendant TransUnion LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| WILLIAM BALL,                              | Case No. 2:23-cv-01816-JAD-NJK |
|--------------------------------------------|--------------------------------|
| Plaintiff,                                 | **DEFENDANT TRANS UNION LLC's NOTICE OF DISASSOCIATION OF COUNSEL** |
| v.                                         |                                |
| TRANSUNION, a Delaware corporation,        |                                |
| Defendant.                                 |                                |

TO:   ALL PARTIED AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Bernadette Rigo of Skane Mills has been disassociated as counsel of record for Defendant Trans Union LLC.

Sarai L. Thornton of Skane Mills LLP is counsel for TransUnion LLC.  Please update your service list accordingly.

Dated this 19th day of March 2024

SKANE MILLS LLP

/s/ Sarai L. Thornton
Sarai L. Thornton, Esq. (Bar No. 11067)
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

IT IS SO ORDERED.
Dated:  March 20, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1